UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORENE JORDAN,

      Plaintiff,                       Case No. 21-10643

vs.                                   HON. MARK A. GOLDSMITH

TIM MENJOULET,

      Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO TAKE DE BENE ESSE DEPOSITIONS (Dkt. 68)

Plaintiff Dorene Jordan moves for leave to take de bene esse depositions of witnesses Charles Lieder, Andrew Boyce, Narcisa Surucci, and Richard Bays (Dkt. 68). Counsel for Defendant Tim Menjoulet represented during the April 11, 2023 status conference that Menjoulet no longer objects to this request. Accordingly, the Court grants Jordan's motion. The Court will set a new deadline for taking such depositions and setting a timetable for ruling on any objections raised during the depositions.

SO ORDERED.

Dated: April 18, 2023                           s/Mark A. Goldsmith
   Detroit, Michigan                      MARK A. GOLDSMITH
                                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 18, 2023.

                                                                           s/Holly Ryan
                                                                           HOLLY RYAN
                                                                           Case Manager, in the absence of
                                                                           Karri Sandusky